**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CARRIE TEAGER, | ) | |
| | ) | |
| Plaintiff, | ) | 11-cv-4585 |
| | ) | |
| vs. | ) | Judge Charles P. Kocoras |
| | ) | |
| NATIONAL ASSET MANAGEMENT, LLC , | ) | Magistrate Judge Susan E. Cox |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

      Plaintiff Carrie Teager, through her attorneys Edelman, Combs, Latturner & Goodwin, LLC, hereby informs this Court that the parties have reached a settlement which will resolve this entire matter. Plaintiff hereby requests that this Court strike all pending dates. The case is currently set for status on August 25, 2011 at 9:30am. Because Defendant is making the settlement payment in installments, Plaintiff expects to complete the settlement and file a Notice of Dismissal within the next 90 days.

      Respectfully submitted,

      s/ Cassandra P. Miller
      Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

1

**CERTIFICATE OF SERVICE**

       I, Cassandra P. Miller, hereby certify that on August 24, 2011, a copy of the foregoing document was filed electronically using the Court's CM/ECF system and sent via US mail to the following:

NATIONAL ASSET MANAGEMENT, LLC
c/o CT Corporation System
208 S. LaSalle St. Suite 814
Chicago, IL 60604

                                                  s/ Cassandra P. Miller
                                                  Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER
& GOODWIN LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)