# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 4585 | **DATE** | 8/24/2011 |
| **CASE TITLE** | Teager vs. Natl Asset Management | | |

**DOCKET ENTRY TEXT**

Pursuant to plaintiff's Notice of Settlement (Doc [10]), this cause is hereby dismissed without prejudice and with leave to reinstate on or before 11/30/2011. Said dismissal will then become with prejudice unless the complaint has been reinstated or the time to reinstate has been extended by the Court. Status hearing set for 8/25/2011 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|